## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

CONSUELO  CRESPO

                                          : Bankruptcy No. 17-15731REF
            Debtor(s)                     : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


BY THE COURT


_____
**Date: May 24, 2018**                    Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN R K SOLT ESQ
JOHN R K SOLT PC@GATEWAY PROF CTR
2045 WESTGATE DRIVE - SUITE 404B
BETHLEHEM PA 18107-

CONSUELO  CRESPO
513 W GREENLEAF ST
ALLENTOWN,PA.18102