United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15731-ref
Consuelo Crespo                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1               Date Rcvd: May 24, 2018
                              Form ID: pdf900        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db          +Consuelo Crespo,    513 W. Greenleaf St.,    Allentown, PA 18102-1754
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 425,     Dallas, TX 75254-8067
13993588    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:   AmeriCredit Financial Services, Inc.,     A/C dba GM Financial,
              P O Box 183853,   Arlington, TX 76096)
14045682    +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
13972866    +Michael T. McKeever, Esquire,    KML Law Group, PC,    Mellon Independence Center,
              701 Market St., Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:59:26
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA   17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2018 01:59:43     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13972864    +E-mail/Text: bankruptcy@cavps.com May 25 2018 01:59:41     Cavalry SPV I, LLC,
              500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-1340
13972865     E-mail/Text: bankruptcy.bnc@ditech.com May 25 2018 01:59:17     Ditech Financial LLC,
              P.O. Box 6154,    Rapid City, SD 57709-6154
14003424     E-mail/Text: bankruptcy.bnc@ditech.com May 25 2018 01:59:17
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AmeriCredit Financial Services, Inc. A/C dba GM Fi
13972863*   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
              P.O. Box 183853,   Arlington, TX 76096)
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN R.K. SOLT    on behalf of Debtor Consuelo  Crespo jsolt.soltlaw@rcn.com,
               rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

CONSUELO CRESPO

                        : Bankruptcy No. 17-15731REF
    Debtor(s)           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


BY THE COURT

_____
Richard E. Fehling, B. J.

**Date: May 24, 2018**

Interested parties:

Rolando Ramos, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN R K SOLT ESQ
JOHN R K SOLT PC@GATEWAY PROF CTR
2045 WESTGATE DRIVE - SUITE 404B
BETHLEHEM PA 18107-

CONSUELO CRESPO
513 W GREENLEAF ST
ALLENTOWN,PA.18102