# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  CONSUELO CRESPO | ) CHAPTER 13 |
|  | ) |
| Debtor | ) NO.  17-15731-ref |
|  | ) |

## CERTIFICATION OF NO RESPONSE

I, John R. K. Solt, Esquire, Attorney for the above Debtor, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Application for Allowance of Compensation and Notice of Filing said Application, which was served as set forth in the Certificate of Service filed in this matter on May 24, 2018 and I further certify that the motion is uncontested.

Date:  June 6, 2018  
                                                          _/s/John R. K. Solt_____  
                                                          John R. K. Solt, Esq.  
                                                          2465 Westgate Dr., Suite 404B  
                                                          Bethlehem, PA 18017  
                                                          Phone 610-865-2465  
                                                          Fax: 610-691-2018  
                                                          Attorney for Debtor