# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  CONSUELO CRESPO | ) CHAPTER 13 |
| | ) |
| Debtor | ) NO.  17-15731-ref |
| | ) |

## ORDER

Upon consideration of the Application for Allowance of Compensation of John R.K. Solt, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is DENIED for failure to adhere to LBR 2016-3(a)(2).

BY THE COURT:

**Date: June 15, 2018**

_____
United States Bankruptcy Judge