United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15731-ref
Consuelo Crespo                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv              Page 1 of 1           Date Rcvd: Jun 15, 2018
                       Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db          +Consuelo Crespo,    513 W. Greenleaf St.,    Allentown, PA 18102-1754
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AmeriCredit Financial Services, Inc. A/C dba GM Fi
                                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOHN R.K. SOLT    on behalf of Debtor Consuelo  Crespo jsolt.soltlaw@rcn.com,
         rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
         RRamos-Cardona@fredreiglech13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  CONSUELO CRESPO | ) CHAPTER 13 |
| | ) |
| Debtor | ) NO. 17-15731-ref |
| | ) |

## ORDER

      Upon consideration of the Application for Allowance of Compensation of John R.K. Solt, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is DENIED for failure to adhere to LBR 2016-3(a)(2).

BY THE COURT:

**Date: June 15, 2018**

_____
United States Bankruptcy Judge