## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   CONSUELO CRESPO | : | Case No. 17-15731-ref |
| | : | |
| **Debtor** | : | Chapter 13 |
| | | |
| | : | Hearing Date: July 26, 2018 |
| | : | Time: 9:30 a.m. |
| | : | Location: |
| | : | U.S. Bankruptcy Court |
| | : | The Madison Bldg. |
| | : | 400 Washington St., Suite 300 |
| | : | Reading, PA 19601 |

To all creditors and parties in interest:

**NOTICE IS GIVEN** that the Debtors have filed a Motion to Reconsider the Order Denying Counsel's Fee Application, Pursuant to 11 U.S.C. § 506(a) and Rule 3012 of the Federal Rules of Bankruptcy Procedure.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **July 13, 2018,** you or your attorney must do all of the following:

    (a) File an answer explaining your position at the following location:

    Clerk/U.S. Bankruptcy Court
    Eastern District of Pennsylvania
    Suite 300, The Madison Building
    400 Washington Street
    Reading, PA 19602

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

  (b)  Mail a copy to the movant's attorney:

John R. K. Solt, Esquire
John R. K. Solt, P.C.
2045 Westgate Dr., Suite 404B
Bethlehem, PA 18017
Phone: 610-865-2465
Fax: 610-691-2018

2. If you or your attorney do not take the steps described in paragraphs 1 (a) and 1 (b) above and attend the hearing, the court may enter an order granting relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on **Thursday, July 26, 2018 at 9:30 a.m.** in Courtroom #1, 3rd Floor, The Madison, United States Bankruptcy Court, Reading, Pennsylvania 19601. Unless the court orders otherwise, the hearing, on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1 (b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

### Filing Instructions

6. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

7. If you are not required to file electronically, you must file your response at:

Clerk, U.S. Bankruptcy Court
400 Washington Street, third floor
The Madison Bldg.
Reading, PA 19601

8. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in paragraph 2 on the previous page of this Notice.

      9.    On that same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

                        **John R. K. Solt, Esquire**
                        **John R. K. Solt, P.C.**
                        **2045 Westgate Dr., Suite 404B**
                        **Bethlehem, PA 18017**

                        Respectfully Submitted,

                        John R. K. Solt, P.C.

Dated: June 25, 2018                        BY:  /s/John R. K. Solt\_\_\_\_\_
                                                      John R. K. Solt, Esquire
                                                      2045 Westgate Dr., Suite 404B
                                                      Bethlehem, PA 18017
                                                      ID # 24686
                                                      Phone: (610) 865-2465
                                                      Facsimile: (610) 691-2018
                                                      Attorney for Debtor