# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:   CONSUELO CRESPO           : Case No. 17-15731-ref
                                   :
         Debtor                    : Chapter 13

## CERTIFICATION OF NO RESPONSE

I, John R. K. Solt, Esquire, Attorney for the above Debtor, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Motion for Reconsideration of the Order dated June 15, 2018, Denying the Application in this case, which was served as set forth in the Certificate of Service filed in this matter on June 25, 2018 and I further certify that the motion is uncontested.

                                              JOHN R. K. SOLT, P.C.

                                              By: /s/ John R. K. Solt
                                              JOHN R. K. SOLT, ESQUIRE
                                              I.D. No. 24686
                                              2045 Westgate Drive, Suite 404B
                                              Bethlehem, PA 18017
                                              Phone: (610) 865-2465
                                              Facsimile: (610) 691-2018
                                              Email:  jsolt.soltlaw@rcn.com
                                              Attorney for Debtor