UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CONSUELO CRESPO           ) CHAPTER 13
                                   )
           Debtor                  ) NO. 17-15731-ref
                                   )

## ORDER

Upon consideration of the Motion for Reconsideration of Order dated June 15, 2018, Application for Compensation of Debtor's Counsel, ("Motion"), it is hereby ORDERED:

(1) that the Motion is ~~granted~~ DENIED*;

(2) ~~that the Order of this Court dated June 15, 2018, denying the Application for Allowance of Compensation and Reimbursement of Expenses of John R. K. Solt, Esquire, Counsel for the Debtor, (the "Application") is vacated; and~~

(3) ~~that the Application is approved in the amount of $3,000.00.~~

                                              BY THE COURT:

7/17/18                                       R. _____
                                              United States Bankruptcy Judge

* Counsel filed under LBR 2016-3(a)(1), which is incorrect. Debtor's plan was never confirmed, so LBR 2016-3(a)(2) is applicable.