United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-15731-ref
Consuelo Crespo                                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv        Page 1 of 1        Date Rcvd: Jul 17, 2018
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
db        +Consuelo Crespo,   513 W. Greenleaf St.,   Allentown, PA 18102-1754
cr        +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 425,   Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         AmeriCredit Financial Services, Inc. A/C dba GM Fi
                                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOHN R.K. SOLT   on behalf of Debtor Consuelo  Crespo jsolt.soltlaw@rcn.com,
           rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
          REBECCA ANN SOLARZ   on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                           TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CONSUELO CRESPO              ) CHAPTER 13
                                     )
            Debtor                   ) NO. 17-15731-ref
                                     )

### ORDER

Upon consideration of the Motion for Reconsideration of Order dated June 15, 2018, Application for Compensation of Debtor's Counsel, ("Motion"), it is hereby ORDERED:

(1) that the Motion is ~~granted~~ **DENIED**\*;

(2) that ~~the Order of this Court dated June 15, 2018, denying the Application for Allowance of Compensation and Reimbursement of Expenses of John R. K. Solt, Esquire, Counsel for the Debtor, (the "Application") is vacated; and~~

(3) ~~that the Application is approved in the amount of $3,000.00.~~

7/17/18

BY THE COURT:

_R. [signature]_
United States Bankruptcy Judge

\* Counsel filed under LBR 2016-3(a)(1), which is incorrect. Debtor's plan was never confirmed, so LBR 2016-3(a)(2) is applicable.